GRAHAM PAPER CO. v. BARTLESVILLE PUBLISHING CO.

No. 1921.   Opinion Filed January 10, 1911.

COURTS—County Courts—Appellate Jurisdiction.   Syllabus same as paragraph one in Holcomb v. C., R. I. & P. Ry. Co. (ante), decided at the November, A. D. 1910, term.

*Error from District Court, Washington County; J. J. Shea, Judge.*

Action between the Graham Paper Company and the Bartlesville Publishing Company.  Judgment for the latter, and the paper company brings error.  Dismissed.

*Norman Baker,* for plaintiff in error.
*Montgomery & O'Meara* for defendant in error.

WILLIAMS, J.   The judgment herein sought to be reversed was rendered in favor of the defendant in error in the district court of Washington county, in an action originally brought in the justice of the peace court for Jackson township, where judgment was also rendered in favor of the same party, an appeal being prosecuted therefrom to the district court.  The district court had no jurisdiction of said cause.

The appeal is dismissed.

All the Justices concur.